**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00423-CV

## SCOTT DAMON RICHARDSON, Appellant

## V.

## STEPHEN CRAIN, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09777

## ORDER

The clerk's record in this case is overdue. By postcard dated May 31, 2018, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the District Clerk to file the record within thirty days. To date, the District Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant is not indigent and has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/     DAVID EVANS
         JUSTICE